■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONORA COE, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on or about April 10, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan J. P., Carro, Asch and Ellerin, JJ. [See, 131 Misc 2d 807.]

■ In the Matter of MARANGELI MARGURITO et al. MARTA MARGURITO, Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent.—Two fact-finding orders, Family Court of the State of New York, New York County (Aileen Schwartz, J.), entered on October 10, 1985, and two final orders of disposition of said court, entered on November 21, 1985, unanimously affirmed, without costs and without disbursements. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on these appeals. Concur—Sullivan J. P., Carro, Asch and Ellerin, JJ.